**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CUSTOM GLASS SOLUTIONS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY RICCI and ISOCLIMA** | : | |
| **SPECIALTY GLASS, LLC** | : | **NO. 25-6598** |

## ORDER

**NOW**, this 18th day of June, 2026, upon consideration of Plaintiff Custom Glass Solutions, LLC's Motion for Preliminary Injunction and Motion for Expedited Discovery (Doc. No. 9), the defendants' responses, the plaintiff's reply, and after a hearing, it is **ORDERED** as follows:

1.    To the extent the motion seeks a preliminary injunction, it is **DENIED**.

2.    To the extent the motion seeks expedited discovery, it is **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.